IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:11-MJ-00064 JLT |
| ) Plaintiff, ) | |
| v. ) | ORDER TO UNSEAL ARREST WARRANT AND CRIMINAL COMPLAINT |
| ) OSCAR ARRELLANO INIEGO, ) | |
| ) Defendant. ) ) | |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrant in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrant in the above-entitled proceedings shall be unsealed.

DATED: December 16, 2011         _____
                                 JENNIFER L. THURSTON
                                 U.S. Magistrate Judge

1

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6           IN THE UNITED STATES DISTRICT COURT FOR THE
 7                  EASTERN DISTRICT OF CALIFORNIA
 8  UNITED STATES OF AMERICA,    )   5:11-MJ-00064 JLT
                                 )
 9           Plaintiff,          )
                                 )
10       v.                      )
                                 )
11                               )   APPLICATION TO UNSEAL CRIMINAL
    OSCAR ARRELLANO INIEGO,      )   COMPLAINT AND ARREST WARRANT
12                               )
             Defendant.          )
13  _____)
14
15
16       The United States of America hereby applies to this Court for
17  an order unsealing the arrest warrant and criminal complaint in
18  the above-captioned proceeding.
19       This motion is based on the fact that the defendant in this
20  matter is currently in the custody of the DEA.
21  Dated: December 16, 2011            Respectfully submitted,
22                                      BENJAMIN B. WAGNER
                                        United States Attorney
23
                                   By:  /s/ Karen A. Escobar
24                                      KAREN A. ESCOBAR
                                        Assistant U.S. Attorney
25
26
27
28
                                    1
```